■ In the Matter of DALE MICHAEL ABBOTT, an Attorney, Resignor. [705 NYS2d 304] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 8, 2000.)

■ In the Matter of ROGER C. SCOTT, an Attorney, Respondent. [710 NYS2d 562] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 8, 2000.)

■ In the Matter of DAVID E. ZACEK, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [— NYS2d —] —Order of suspension entered pursuant to 22 NYCRR 1022.19 (f) (2). Present—Green, J. P., Pine, Wisner, Scudder and Kehoe, JJ. (Filed Mar. 8, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVE ASCANIO, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, Respondent. [706 NYS2d 921] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Habeas Corpus.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 13, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE BETTS, JR., Appellant. [706 NYS2d 919] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 13, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERON BOSTIC, Appellant. [706 NYS2d 922] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Mar. 13, 2000.)